UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIA DELARGE,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 19-cv-05019-SI<br><br>**JUDGMENT** |

The Court has granted defendant's motion for judgment on the pleadings. Judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 12, 2019

SUSAN ILLSTON
United States District Judge